UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimahni Duncan, an individual, | No. 2:21-cv-01398-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Crate & Barrel Distribution Center, et al., | |
| Defendants. | |

Upon good cause shown, the court orders the Scheduling Order to be modified as follows:

February 3, 2023 – Fact Discovery Cutoff

May 19, 2023 – Last Day to Complete Expert Disclosures

June 16, 2023 – Last Day to Exchange Rebuttal Expert Witnesses

July 14, 2023 – Expert Discovery Cutoff

April 28, 2023 – Last Day to Hear Dispositive Motions

IT IS SO ORDERED.

DATED: November 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1