# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMAHNI DUNCAN, an individual, | Case No. 2:21-CV-01398-KJM-JDP |
| Plaintiff, | **ORDER** |
| v. | Action Filed: September 9, 2020 |
| EUROMARKET DESIGNS, INC., an Illinois corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

## ORDER

Upon good cause shown, the Court orders the Scheduling Order to be modified as follows:

December 22, 2023 – Last Day to Complete Expert Disclosures

January 19, 2024 – Last Day to Exchange Rebuttal Expert Witnesses

February 16, 2024 – Expert Discovery Cutoff

December 1, 2023 – Last Day to Hear Dispositive Motions (which, if any, shall be filed by October 27, 2023).

**IT IS SO ORDERED**

Dated: March 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Carothers DiSante & Freudenberger LLP

34952249.6